PAUL B. BEACH, State Bar No. 166265
DENNIS M. GONZALES, Bar No. 59414
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
LAUREN T. KRAPF, State Bar No. 292115
lkrapf@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
Lauren Brown and County of Los Angeles

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LYNN CAMERON, <br><br> Plaintiff, <br><br> vs. <br><br> LAUREN BROWN, an individual; COUNTY OF LOS ANGELES, a public entity; and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No. CV 15-00774-RGK (JPRx) <br><br> Honorable R. Gary Klausner <br><br> **AMENDED [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS LAUREN BROWN AND COUNTY OF LOS ANGELES** |

The Court having entered an Order granting summary judgment as to all claims brought against Defendants Lauren Brown and County of Los Angeles [57]:

IT IS ORDERED AND ADJUDGED, pursuant to Rule 54 of the Federal Rules of Civil Procedure, that there is no just reason for delay in entering full and final judgment in favor of Defendants Lauren Brown and County of Los Angeles and against Plaintiff Tammy Lynn Cameron.

///

///

1  Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that
2  judgment shall be entered in favor of Defendants Lauren Brown and County of
3  Los Angeles and against Plaintiff Tammy Lynn Cameron.  Defendants Lauren
4  Brown and County of Los Angeles shall be entitled to costs of suit incurred
5  herein pursuant to Local Rule 54-1.

**IT IS SO ORDERED**.

Dated: March 9, 2016

_____
Honorable R. Gary Klausner
United States District Judge