PAUL B. BEACH, State Bar No. 166265
DENNIS M. GONZALES, Bar No. 59414
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
EMILY B. SUHR, State Bar No. 306658
esuhr@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Lauren Brown

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LYNN CAMERON,<br><br>Plaintiff,<br><br>vs.<br><br>LAUREN BROWN, an individual; COUNTY OF LOS ANGELES, a public entity; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. CV 15-00774-RGK (JPRx)<br><br>Honorable R Gary Klausner<br><br>[PROPOSED] JUDGMENT ~~GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION~~<br><br>*[Defendants' Notice of Motion and Motion for Summary Judgment and Declarations, Exhibits, and Separate Statement of Undisputed Facts Filed Concurrently Herewith]*<br><br>Date: April 2, 2018<br>Time: 9:00 a.m.<br>Crtm: 850 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

///

1

1 | The Motion by Defendant Lauren Brown ~~came on for hearing in~~ was taken under submission by
2 | ~~Courtroom 850 of~~ this Court on April 2, 2018. The evidence presented having
3 | been duly considered, the issues having been duly heard, and a decision having
4 | been rendered, IT IS HEREBY ORDERED AND ADJUDGED THAT the
5 | Motion for Summary Judgment, brought by Defendant Lauren Brown is
6 | GRANTED in its entirety.

Plaintiff takes nothing by way of their operative Complaint against Defendant Lauren Brown, ~~who is entitled to statutory costs and fees.~~ Judgment in favor of Defendant Lauren Brown is hereby entered accordingly. Defendant may seek statutory costs and fees by separate motion.

**IT IS SO ORDERED.**

Dated: APR 1 0 2018

Honorable R. Gary Klausner

Cameron/~~Proposed Order~~